Megha Desai, OSB #141441
Assistant Federal Public Defender
Email: megha_desai@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00055-IM-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| WALTER ALBERT SEBASTE, | |
| Defendant. | |

Walter Albert Sebaste, will appear before this Court on July 28, 2026, for sentencing upon his plea of guilty to Count One of one count of Possession of Child Pornography, in violation of Title 18, U.S.C., §§ 2252A(a)(5)(B) and (b)(2). For the reasons outlined in other sentencing materials before the Court and that will be presented at the sentencing hearing, the defense joins the Government and US Probation and recommends that the Court sentence Mr. Sebaste to 51 months in prison, followed by a 10-year term of supervision.

Dated: July 21, 2026.

/s/ Megha Desai
Megha Desai, OSB #141441

Page 1    DEFENDANT'S SENTENCING MEMORANDUM